UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SHANNA BROWN,                                                        :
:
                Plaintiff,                            :
:     22-cv-2431 (LJL)
    -v-                                                            :
:     ORDER
MILLER AUTO LEASING, AJAQUA HAWKINS,                                 :
:
                Defendant.                            :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pretrial conference in this matter on August 10, 2022. At the conference, the Court inquired about the basis for Defendants' assertion in their Notice of Removal that "[u]pon information and belief, plaintiff's alleged amount in controversy will be claimed to be in excess of the $75,000.00 threshold." Dkt. No. 1 at 3. Counsel for Plaintiff represented that Plaintiff was seeking more than $75,000.00 in damages, explaining that Plaintiff suffered injuries to various body parts, including her neck, back, knees, and hip; that she may need surgery if physical therapy does not resolve the injuries; and that she was out of work as a result of the accident. As stated at the conference, the Court is satisfied that there is a "reasonable probability" that Plaintiff's claim for damages meets the amount-in-controversy requirement for diversity jurisdiction. *See Scherer v. Equitable Life Assurance Society of U.S.*, 347 F.3d 349, 397 (2d Cir. 2003) (quoting *Tangkook Am., Inc. v. Shipton Sportswear Co.*, 14 F.3d 781, 784 (2d Cir. 1994)).

      SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge