UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANNA BROWN                                         :

                                                                  :        <u>ORDER</u>
                         Plaintiff,                    22 Civ. 2431 (JHR) (GWG)
                                                                  :

  -v.-

                                                                    :

MILLER AUTO LEASING et al.,                          :

                                                                    :
                       Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to the joint application made in Docket # 47, the Court orders the following schedule:

1. Plaintiff will supplement the Bill of Particulars to include any new injury claims on or before December 12, 2023.

2. Plaintiff will be deposed, limited to her new injuries claims as disclosed in the supplemental Bill of Particulars, by January 31, 2024.

3. Disclosure of expert evidence by plaintiff as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by February 21, 2024

4. The disclosure of rebuttal expert evidence by defendant shall be made by March 13, 2024.

5. Any summary judgment motion is returnable before Judge Rearden, shall comply with her Individual Practices, and shall be filed by March 20, 2024.

6. If no party files a motion for summary judgment, the parties shall file the pre-trial order materials required by Judge Rearden's Individual Practices on or before March 27, 2024.

7. As soon as the parties are prepared to participate in mediation, they shall file a letter to the undersigned so indicating.  The scheduling of any mediation will have no effect on the deadlines in this case absent Court order.

8.  Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in

    accordance with this Court's Individual Practices.  Any application not in compliance with this paragraph will be denied.

9. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises.  Untimely applications will be denied.

    SO ORDERED.

Dated: November 13, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge