Case 1:22-cv-02431-MMG-GWG Document 67 Filed 09/30/26 Page 1 of 2

GREENSTEIN & PITTARI, LLP

1825 Park Avenue | 9th Floor
New York, NY 10035
**P :** 212.685.8500
**F :** 212.297.0504
**E :** Mailbox@nyclawfirm.com

**ATTORNEYS**
Robert J. Greenstein *
Bartolomeo A. Pittari
Jake I. Berkowitz
Valerie Hernandez
Emily Driscoll
Sabastina Wiafe
Michael Simon

**OF COUNSEL**
Michael A. Barnett *
Steven Lee Zaslav, P.C.

*Also admitted in NJ*

MEMORANDUM ENDORSED

September 29, 2026

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re: Brown v. Miller Auto Leasing et al.
Docket No.:1:22-cv-02431-JHR-GWG

We respectfully write on behalf of all parties, and with the consent of all parties, to request an extension of the current discovery and scheduling deadlines in light of Plaintiff's ongoing medical treatment and anticipated left hip surgery.

As the Court may recall, Dr. Benedict Nwachukwu previously recommended that Plaintiff, Ms. Brown, undergo left hip surgery, which she fully intends to undergo with Dr. Youm. Plaintiff also continues to actively treat for injuries sustained as a result of the subject accident.

Plaintiff is presently scheduled to undergo an MRI of her left knee at NYU on October 9, 2026, which was the first available appointment. Thereafter, Plaintiff is scheduled to follow up with Dr. Youm on October 26, 2026, to review the MRI findings and determine whether those findings have any impact upon the anticipated left hip surgery.

At this time, Plaintiff intends to proceed with the recommended left hip surgery, which is anticipated to take place in late October 2026, assuming there are no issues concerning medical clearance or other circumstances affecting the timing of the procedure. Plaintiff's ongoing treatment and anticipated surgery will necessarily bear upon the nature and extent of her claimed injuries, prognosis, and the parties' respective expert evaluations.

Pursuant to the Court's most recent Order, Plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A), (B), and/or (C) are presently due on October 1, 2026. Given Plaintiff's continuing treatment and the anticipated surgery, the parties respectfully submit that an extension will permit Plaintiff's medical condition and post-surgical course to be appropriately evaluated before expert discovery is completed and will avoid the potential need for supplemental

expert disclosures.

The parties are also presently exploring the possibility of resolving this matter through mediation. The requested extension would provide the parties with additional time to pursue those discussions while Plaintiff's medical treatment continues, potentially facilitating a resolution of this action without the need for further motion practice or trial.

Accordingly, the parties respectfully and jointly request that the Court modify the current scheduling deadlines as follows:

1. Plaintiff's Rule 26(a)(2) expert disclosures, including expert identities and reports, shall be served on or before **January 29, 2027**;
2. In light of plaintiff's continuing claims/plans for future hip surgery [not yet performed], defendant's reserve the right to conduct a further orthopedic evaluation by its previously designated/disclosed expert, Dr. Jerry Lubliner, following her surgical recovery. The defendants also reserve the right to depose plaintiff on her new injury claims within thirty (30) days following her planned hip surgery. In that connection, as that surgery has not yet been performed, the parties seek permission to further apply [*if necessary depending on when that surgery occurs*] to the Court to allow for that further evaluation and deposition in conformance with this discovery schedule.
3. Defendants' rebuttal expert disclosures shall be served on or before **March 12, 2027**;
4. All summary judgment motions shall be filed on or before **April 2, 2027**; and
5. If no party files a motion for summary judgment, the parties shall file their pretrial order materials on or before **April 23, 2027**.

This request is made with the consent of all parties and for the purpose of allowing Plaintiff to complete her anticipated surgical treatment, permitting the parties to complete expert discovery based upon a more complete medical record, and affording the parties an opportunity to explore a potential resolution through mediation.

We respectfully thank the Court for its consideration of this request.

Respectfully submitted,

Valerie Hernandez, Esq.
George S. Evans, Jr., Esq.

Application denied without prejudice to a new application that provides new proposed dates only for those items that were approved in Docket # 63. With respect to the date in the revised paragraph 7 in Docket # 63 for the post-discovery conference before Judge Garnett, the date and time should be left blank.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 30, 2026